UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MARTA IZNAGA, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 1:12-cv-189 |
| v. ) | |
| ) | Judge Mattice |
| JIM COPPINGER, *et al.*, ) | Magistrate Judge Lee |
| ) | |
| *Defendants*. ) | |
| ) | |

### ORDER

On July 18, 2012, United States Magistrate Judge Susan Lee entered her Report and Recommendation (Doc. 9), recommending that Plaintiff Anneka Bass's application to proceed *in forma pauperis* (Doc. 7) be denied. Ms. Bass has not timely objected to the Magistrate Judge's Report and Recommendation, despite being specifically advised that she had 14 days in which to do so. (Doc. 9 at 2 n.2); *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's well-reasoned Report and Recommendation (Doc. 9). Plaintiff Anneka Bass's application to proceed *in forma pauperis* (Doc. 7) is **DENIED**. Commensurate with the Magistrate Judge's recommendations, Plaintiffs shall be assessed the civil filing fee.

**SO ORDERED** this 20th day of August, 2012.

                                              */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE