UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

MARTA IZNAGA, *et al.*,       )
                               )
*Plaintiffs*,                  )
                               )       Case No. 1:12-cv-189
v.                             )
                               )       Judge Mattice
JIM COPPINGER, *et al.*,       )       Magistrate Judge Lee
                               )
*Defendants*.                  )
                               )

**<u>ORDER</u>**

On July 18, 2012, United States Magistrate Judge Susan Lee entered her Report and Recommendation (Doc. 9), recommending that Plaintiff Anneka Bass's application to proceed *in forma pauperis* (Doc. 7) be denied. Ms. Bass has not timely objected to the Magistrate Judge's Report and Recommendation, despite being specifically advised that she had 14 days in which to do so. (Doc. 9 at 2 n.2); *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's well-reasoned Report and Recommendation (Doc. 9). Plaintiff Anneka Bass's application to proceed *in forma pauperis* (Doc. 7) is **DENIED**. Commensurate with the Magistrate Judge's recommendations, Plaintiffs shall be assessed the civil filing fee.

**SO ORDERED** this 20th day of August, 2012.


_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE