UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MARTA IZNAGA,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM COPPINGER, *et al.*,<br><br>*Defendants*. | Case No. 1:12-cv-189<br><br>Judge Mattice |

## JUDGMENT

This case came before the Court on Plaintiff's Motion To Extend Time to File Answer. (Doc. 25). The Honorable Harry S. Mattice, Jr., United States District Judge, having denied Plaintiff's Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 30th day of December, 2013.

                                                                                                    /s/ *Debra C. Poplin*
                                                                                                    Debra C. Poplin
                                                                                                   CLERK OF COURT