UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MARTA IZNAGA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 1:12-cv-189-HSM-SKL |
| | ) | |
| JIM COPPINGER and HAMILTON COUNTY GOVERNMENT, | ) ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

Before the court is a motion filed by Plaintiff Marta Iznaga ("Plaintiff") seeking *in forma pauperis* status on appeal [Doc. 34]. Plaintiff has filed a notice of appeal to the United States Court of Appeals for the Sixth Circuit and is seeking *in forma pauperis* status for said filing [Doc. 36]. The Sixth Circuit generally requests the district court to make an initial determination regarding whether a party on direct appeal is indigent. As Plaintiff was previously permitted to proceed *in forma pauperis* in the district court action [Doc. 6], however, Plaintiff's motion is **MOOT** under 6 Cir. R. 24(a)(3). Accordingly, as a matter of rule, Plaintiff may proceed *in forma pauperis* and the motion [Doc. 6] shall be terminated as moot.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE